UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEL JEANNITE,

    Plaintiff,

    v.

GEOFFREY PARKER, et al.,

    Defendants.

Civil Action No. 23-cv-11991-ADB

ORDER

BURROUGHS, D.J.

*Pro se* plaintiff Joel Jeannite commenced this action by filing a civil complaint and a motion for leave to proceed *in forma pauperis*. In an order dated August 31, 2023, Magistrate Judge Jennifer C. Boal denied the motion for leave to proceed *in forma pauperis* without prejudice and ordered Jeannite either to (1) pay the $402 filing fee; or (2) file a renewed motion for leave to proceed *in forma pauperis*.[1] The Court informed Jeannite that failure to comply with the order within twenty-one days could result in dismissal of the action by a District Judge.

The deadline for complying with the Court's August 31, 2023 order has passed without any response from Jeannite. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

IT IS SO ORDERED.

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE

October 19, 2023

---

[1] Pursuant to General Orders (10-1) and (09-3), a case may be randomly assigned, at the time of filing, to a Magistrate Judge. On October 19, 2023, this case was reassigned to a District Judge.